UNITED STATES BANKRUPTCY COURT

DISTRICT OF UTAH

DATE OF 341 MEETING: _16 Feb 2010_    CASE NO: _09-33746 B_

IN RE: _Hindin, Lee M_    TRUSTEE: Gillman

## SECTION 341 MEETING
## DETAILED REPORT FOR CHAPTER 7
_(Involuntary)_

1. DEBTOR(S)
   [ ] Present, Sworn, Examined    [X] Not Present – Bankr D. Ut. LBR 2003(a)
   [ ] Husband Present, Wife Not – Bankr D. Ut. LBR 2003(a)
   [ ] Wife Present, Husband Not – Bankr D. Ut. LBR 2003(a)

2. DEBTOR'S ATTORNEY
   [ ] Present    [ ] Not Present – Bankr. D. Ut. LBR 2003(a)    [X] N/A (Pro Se)

3. SCHEDULES & STATEMENTS TIMELY FILED
   (including Schedule of Current Income and Expenditures and Statement of Intentions)
   [ ] YES    [X] NO – Bankr. D. Ut. LBR 5005-1(b)(1) and LBR 1007-2

4. MAILING MATRIX TIMELY FILED
   [ ] YES    [X] NO – Bankr. D. Ut. LBR 1007-2

5. NEW ADDRESS FOR DEBTOR?
   [X] NO    [ ] YES – Debtor and Attorney advised of duty to file written notice of change of address

6. MEETING:  [ ] Concluded    [X] Other _Continued without Date_

7. IF THE COURT SUSTAINS AN OBJECTION TO DISMISSAL OF THIS CASE, THE TRUSTEE HEREBY REQUESTS:

   [X] a 341 hearing be rescheduled  [ ] a 341 hearing NOT be rescheduled

COMMENTS (for Trustee's use only)

_Michael Petrogeorge for Mark + Bonnie Caplin_
_Steve Doughty for Scott Altima  Sean Railton_
CREDITORS:

_____
PRESIDING OFFICER

Rev: 09/21/09